

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00246-CV

| | | |
|---|---|---|
| IN RE: A PURPORTED LIEN OR CLAIM AGAINST 1124 N. KNOWLES DR., SAGINAW, TEXAS, 76179 | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-318127-20) |
| | § | April 8, 2021 |
| | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Adelina Estrada shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker